IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02667-AP

CAROL J. JACKSON,

       Plaintiff,

  v.

JO ANNE B. BARNHART, Commissioner of Social Security

       Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

<u>For Plaintiff:</u>
Robert C. Dawes, Esq.
Dawes and Harriss, P.C.
572 East Third Avenue
Durango, CO 81301
(970) 247-4411, ext. 19
E-mail: Robert.dawes@dawesandharriss.com

<u>For Defendant:</u>
Teresa H. Abbott
Special Assistant United States Attorney

*Mailing Address:*
*1961 Stout Street, Suite 1001A*
*Denver, Colorado  80294*
E-mail: Teresa.Abbott@ssa.gov

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed:** December 29, 2005

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** January 30, 2006

    C.    **Date Answer and Administrative Record Were Filed**: March 22, 2006

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Plaintiff contends that the record is not complete. On August 4, 2005, Plaintiff submitted to the Appeals Council new and material evidence, which was not made part of the administrative record.

Defendant states that the administrative record is complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Plaintiff intends to submit additional evidence, consisting of medical records from Southwest Colorado Mental Health Center dated December 19, 2003 through June 30, 2005, which was previously submitted to the Appeals Council. The missing records show that claimant continued to suffer from anxiety and depression, that required ongoing counseling and medication at least through June 30, 2005. In his decision, the ALJ stated that the claimant suffered from situational depression that did not meet the 12 month durational requirement.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

This case raises no unusual claims or defenses.

## 7. OTHER MATTERS

None.

**8. PROPOSED BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:**    May 15, 2006

    B.    **Defendant's Response Brief Due:**    June 15, 2006

    C.    **Plaintiff's Reply Brief (If Any) Due:**    June 30, 2006

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:**  Plaintiff does not request oral argument.

    B.    **Defendant's Statement:**  Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    A.    **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 11th day of April, 2006.

                              BY THE COURT:

                              S/John L. Kane
                              U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/   Robert C. Dawes | WILLIAM J. LEONE |
| Robert C. Dawes | UNITED STATES ATTORNEY |
| Dawes And Harriss, P.C. | |
| 572 East Third Avenue | s/ Kurt J. Bohn |
| Durango, CO 81301 | KURT J. BOHN |
| (970) 247-4411, ext. 18 | |
| E-mail: | Assistant U.S. Attorney |
| robert.dawes@dawesandharriss.com | 1225 Seventeenth Street, Suite 700 |
| Attorney for Plaintiff | 17th Street Plaza |
| | Denver, Colorado 80202 |
| | Telephone: (303) 454-0100 |
| | kurt.bohn@usdoj.gov |
| | |
| | s/ Teresa H. Abbott |
| | By: Teresa H. Abbott |
| | Special Assistant U.S. Attorney |
| | teresa.abbott@ssa.gov |

                              *Mailing Address:*
                              1961 Stout St., Suite 1001A
                              Denver, Colorado  80294

                              *Street Address:*
                              United States Attorney's Office
                              1225 Seventeenth Street, Suite 700
                              Denver, Colorado  80202
                              Telephone:  (303) 454-0100

                              Attorney for Defendant(s)