**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-02667-AP

**CAROL J. JACKSON,**

        **Plaintiff,**

vs.

**JO ANNE B. BARNHART, Commissioner,
Social Security Administration,**

        **Defendant.**

___

**ORDER**
___

Upon consideration of Plaintiff's Stipulated Motion for Attorney Fees Pursuant to the Equal Access to Justice Act,

IT IS HEREBY ORDERED that Plaintiff is awarded EAJA attorney fees in the amount of $3,561.38, to be made payable to Robert C. Dawes, Attorney for Carol J. Jackson.

DATED this 15th day of August, 2006.

        BY THE COURT:

        **John L. Kane**
        U.S. District Court Judge